

*Main Offices:*
120 BLOOMINGDALE RD • SUITE 401         WWW.LEVERINJURYLAW.COM
WHITE PLAINS, NEW YORK 10605            WWW.GOTTLAWYERS.COM

*New York City Offices:*
275 MADISON AVENUE • SUITE 618          PHONE:    914•288•9191
NEW YORK, NEW YORK 10016                PHONE:    212•766•5665

February 9, 2018

**VIA ECF ONLY**
Hon. Kenneth M. Karas, U.S.D.J.
Federal Building and United States Courthouse
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    Bateman v. The Permanent Mission of Chad, et al.
              18 civ. 00416-KMK(LMS)
              Our File #: 4018233

Dear Honorable Sir:

      Our office represents the Plaintiff in the above action.

      This letters seeks your approval for the Clerk of this Court to issue a modified Form AO 440 Summons in order to conform to § 1608(d) of the Foreign Sovereign Immunities Act (FSIA) which states "an agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty (6) days after service has been made under thsi seciton." However, the standard Form AO440, as required by the District Court, provides for a different time in which for the Defendants to answer and, accordingly, does not conform to the FSIA.

      The Court Clerk has indicated that it cannot issue a modified summons without the approval of the Court. To that end, we have attached, herewith, a proposed form of Summons. Please direct the Court Clerk to accept the proposed modification and issue the summons according.

      This is our first such request in this matter. The Defendant has not been notified of this request as they have not yet been served and not yet appeared in this action.

Very truly yours,
*LEVER GOTTFRIED ECKER PLLC*

Eric J. Gottfried, Esq.

EJG/mtf
Encls.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CHARLES G. BATEMAN, III<br><br>*Plaintiff(s)*<br>v.<br><br>THE PERMANENT MISSION OF CHAD TO THE<br>UNITED NATIONS IN NEW YORK,<br><br>*Defendant(s)* | Civil Action No. 18-cv-00416-KMK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE PERMANENT MISSION OF CHAD TO THE UNITED NATIONS IN NEW YORK

129 E. 36th Street
New York, New York 10016

157 Davenport Avenue
New Rochelle, New York 10805

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lever Gottfried Ecker PLLC
120 Bloomingdale Road - Suite 401
White Plains, New York 10605
Tel #: 914-288-9191

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __January 17, 2018__                    ___/s/ Symia James___
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-00416-KMK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                  *Server's signature*

                                  _____
                                  *Printed name and title*

                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc: