MEMO ENDORSED

# THE LAW OFFICE OF JAY KENNETH MARGOLIS, P.C.
202 Mamaroneck Avenue, Suite 500
White Plains, New York 10601
Phone (914) 328-6900    Fax (914) 328-7639
Email jay_margolis@yahoo.com

January 7, 2020

Honorable Justice Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

>RE: Bateman v The Permanent Mission
>Case No. 18-cv-416 (KMK) (LMS)

Dear Honorable Justice Karas:

The above matter is scheduled for a pre-motion conference on January 9, 2020 at 10:30 am. Unfortunately my family lost one of our oldest friends and as such her funeral is on January 9, 2020 in Paramus, New Jersey. Upon learning of this loss I was able to contact Susan Mahon counsel for The Mission. Ms. Mahon graciously agreed to adjourn this matter and is available next Monday, Tuesday and or Wednesday, as am I. I called Mr. Timothy Gallagher, counsel for Hilt Construction and was unable to reach him though a message was left as to my issue. Lastly called Courtroom Deputy Dawn Bordes and left a message as to my need for an application for adjournment. I write this letter so as to not inconvenience the court or parties any further and appreciate the court's consideration. I am trial counsel to Lever & Ecker, PLLC, attorneys for Mr. Bateman and am most familiar with the issue to be discussed at the aforementioned conference. This is my first request for an extension of this conference.

I thank the court in advance.

Very truly yours,

/s/
Jay Kenneth Margolis

Granted. The conference is adjourned to 1/16/20, at 11:30.

So Ordered.

KMK
1/7/20